**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6690**

CLINTON MATTHEW IVEY,

> Plaintiff – Appellant,

> v.

GARRETT SHELTON, JR., Captain (Portsmouth Police); LISA SMITH, Lieutenant (Portsmouth Police); CARLOS GONZALEZ, Detective (Suffolk); PAM KING, Fire Marshal (Suffolk); WESTBROOK PARKER, Judge; JUSTIN T. BUSH, Attorney,

> Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:10-cv-00374-GBL-TCB)

Submitted: August 26, 2010          Decided: September 3, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clinton Matthew Ivey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Matthew Ivey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) civil rights action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Ivey's informal brief does not challenge the basis for the district court's disposition, Ivey has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2